UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GONZALEZ,

                              Plaintiff,

                -against-

DUTCHESS COUNTY JUSTICE AND
TRANSITION CENTER; THERESA LEE.,

                              Defendantss.

25 CIVIL 04729 (LLS)

CIVIL JUDGMENT

        For the reasons stated in the May 4, 2026, order, Plaintiff's amended complaint, filed IFP

under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court

declines to exercise its supplemental jurisdiction of any state law claims Plaintiff may be

asserting.

        SO ORDERED.

 Dated:    May 8, 2026
           New York, New York

                                        _____
                                        /s/ Louis L. Stanton
                                        LOUIS L. STANTON
                                        United States District Judge